UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE BP PROPANE INDIRECT
PURCHASER ANTITRUST LITIGATION

No. 06-C-3541
Honorable James B. Zagel

This Document Relates To:
ALL INDIRECT PURCHASER ACTIONS

### JEFFERY L. WEINSTEIN'S
### UNOPPOSED MOTION TO WITHDRAW OBJECTIONS

Objector Jeffrey L. Weinstein ("Objector"), by his undersigned counsel, John J. Kakacek, and pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure, moves to withdraw his objections to the settlement agreement, request for attorneys' fees, and request for incentive awards to the class representatives. In support hereof, Objector states:

1. Objector filed objections to the proposed settlement, attorneys' fees, and incentive awards. Docket No. 169.

2. Class Counsel have noticed a deposition of Objector and seek documents and testimony regarding, *inter alia*, objections filed by Objector in this and other cases. Objector believes Class Counsel's discovery requests may require disclosures relating to Objector's past and present clients, and Objector wishes to protect such clients from those discovery requests. Objector thus seeks to withdraw his objections to the proposed settlement and attorneys' fees. Without responding to Objector's purported reasons for withdrawal, Class Counsel stand by the positions they have asserted previously.

3. No payment was provided to Objector or his counsel for Objector's withdrawal of his objection, but Class Counsel has represented that, if the Court approves the withdrawal of Objector's objection, they will forego Objector's deposition and the outstanding discovery requests, and will not seek sanctions against Objector in this matter. Class Counsel have also

advised, and the parties have agreed that, in the event the Court denies this motion, the deposition and discovery will be scheduled for a date no later than February 5, 2010.

4. Under Rule 23(e), the court must approve the withdrawal of Objector's objections. Therefore, Objector requests that the Court approve the withdrawal of his objections.

5. On January 21, 2010, Counsel for Objector spoke with Mr. Kenneth A. Wexler, who indicated that Class Counsel does not oppose this motion. A draft of this motion was sent to Mr. Wexler for review and approval.

WHEREFORE, Jeffrey L. Weinstein respectfully requests that this Court grant him leave to withdraw his objections filed in this case and that the order granting this motion confirm Objector's withdrawal of those objections.

Respectfully submitted,

/s/ John J. Kakacek
Attorney for Jeffrey Weinstein

John J. Kakacek (ARDC #6187663)
STAMOS & TRUCCO LLP
One East Wacker Drive
Third Floor
Chicago, Illinois 60601
(312)630-7979